UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 2:19-CR-954 |
| | § | |
| MAX EUGENE LAMPSON JR | § | |

## **OPINION AND ORDER GRANTING MOTION FOR CONTINUANCE**

On September 26, 2019, Defendant moved for a continuance of the final pretrial conference and jury selection and trial because counsel had not yet viewed the video discovery in the case (D.E. 16). The United States was unopposed to the request.

Under the Speedy Trial Act, a district court may grant a continuance and exclude the resulting delay from the time in which a trial must commence if it makes on-the-record findings that the ends of justice served by granting the continuance outweigh the public's and defendant's interests in a speedy trial. 18 U.S.C. § 3161(h)(7).

Having considered the Defendant's motion, the Court finds that the failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly, the Court finds that the ends of justice are served by granting a continuance in this case and outweigh the best interests of the public and Defendant in a speedy trial, and the period of the continuance is excluded from speedy trial computation.

The Court **GRANTS** the Defendant's motion (D.E. 16) and **CONTINUES** the final pretrial conference until **October 30, 2019, at 3:00 p.m.** before undersigned and

schedules the jury selection and trial for **November 12, 2019, at 8:30** a.m. before Hon.

David S. Morales.

ORDERED this 26th day of September, 2019.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE